## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 1:15-cv-23811-MGC

**JULIENNE FONTES,**
and other similarly situated individuals,

      **Plaintiff,**

v.

**KABIRHU ASSOCIATES, LLC.,**
**ADIRHU ASSOCIATES, LLC.,** and
**SHELDON NEIDICH,** individually, and
**NORMAN GINSPARG,** individually, and
**PHILIP ESFORMES,** individually,

      **Defendants.**

_____/

### PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff **Julienne Fontes** ("Plaintiff") by and through undersigned counsel, hereby serves her Trial Witness List pursuant to this Court's Order in the above-styled action. Plaintiff reserves the right to supplement and/or amend the following witness list with additional information, including additional witnesses, to the extent necessary or as identified during the discovery stage of this action. The witnesses that Plaintiff may call to testify at trial, include:

1. **Julienne Fontes—Plaintiff**
   c/o Remer & Georges-Pierre, PLLC
   44 W. Flagler Street, Suite 2200
   Miami, Florida 33130

2. **Kabirhu Associates, LLC—Corporate Representative**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

3. **Adirhu Associates, LLC—Corporate Representative**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

4. **Sheldon Neidich—Defendant**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

5. **Norman Ginsparg—Defendant**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

6. **Philip Esformes—Defendant**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

7. **Stephen Sugar—Assistant Administrator**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

8. **Latrice LNU—Director of Nursing**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

9. **Maria Torres—Medicaid Specialist**
   c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
   Littler Mendelson
   333 SE 2nd Avenue, Suite 2700
   Miami, Florida 33131

**10. Margarita LNU—Business Office Manager**
c/o Jonathan Alan Beckerman, Esq.; Nicholas S. Andrews, Esq.
Littler Mendelson
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131

11. **Any witness listed by Defendants not objected to by Plaintiff.**

12. **Any and all impeachment witnesses.**

13. **Any and all additional witnesses that Plaintiff may identify during the discovery stage of litigation.**

Dated: January 4, 2015.

Respectfully submitted by,

**Anthony M. Georges-Pierre, Esq.**
Florida Bar No. 533637
**Anaeli C. Petisco, Esq.**
Florida Bar No. 113376

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
Email: agp@rgpattorneys.com
Email: apetisco@rgpattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Jonathan Alan Beckerman, Esq.**
**Nicholas S. Andrews, Esq.**
Littler Mendelson
333 SE 2nd Avenue
Suite 2700
Miami, Florida 33131
Telephone: 305-400-7500
Facsimile: 305-603-2552
Email: jabeckerman@littler.com
Email: nandrews@littler.com

**Anaeli C. Petisco, Esq.**
Florida Bar No. 113376

4